FILED

07/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0031

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0031

_____

| | |
|---|---|
| ESTATE OF NICHOLAS TYSON FRAZIER; and JEANETTE YOUNG; by and through Personal Representative Brittney King f/k/a Brittney Chatriand, <br><br> Plaintiffs and Appellants, <br><br> -vs- <br><br> ERIK MILLER and JOHN DOES 1-10, <br><br> Defendant and Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Pursuant to the Unopposed Motion for Extension of Time filed by Appellee Erik Miller herein, and good cause appearing therefor,

IT IS HEREBY ORDERED, AND THIS DOES ORDER, that the Appellee shall have up to and including Friday, September 25, 2020, within which to file and serve his response brief.

DATED this _____ day of _____, 2020.

_____
CLERK OF SUPREME COURT

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 30 2020

**ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

\\prrnewsql\ProLaw Documents\961-15926\616909.doc